B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LTAP US, LLLP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**F/K/A Life Trust Asset Pool US, LLLP** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**26-2314021** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**Five Concourse Parkway, Suite 3100**<br>**Atlanta, GA 30328**    ZIP CODE **30328-0000** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [x] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Debts**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [x] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**LTAP US, LLLP** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) ||||
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>LTAP US, LLLP |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney***<br><br>X /s/ _____<br>Signature of Attorney for Debtor(s)<br>Adam G. Landis 3407<br>Printed Name of Attorney for Debtor(s)<br>Landis Rath & Cobb LLP<br>Firm Name<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>Address<br><br>(302) 467-4400 Fax:(302) 467-4450<br>Telephone Number<br>December 22, 2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X /s/ _____<br>Signature of Authorized Individual<br>Dietmar Hofmarcher<br>Printed Name of Authorized Individual<br>Manager of LT Partner, LLC, The General Partner of LTAP US, LLLP<br>Title of Authorized Individual<br>December 22, 2010<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# MANAGER'S CERTIFICATE

The undersigned, Dietmar Hofmarcher, Manager of LT Partner, LLC ("LT Partner"), a Delaware limited liability company, hereby certifies as follows:

(i) I am the duly qualified and elected Manager of LT Partner, the general partner (the "General Partner") of LTAP US, LLLP (the "Partnership"). As such, I have access to the records of the Partnership, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Partnership.

(ii) Attached hereto is a true, complete, and correct copy of the resolutions (the "Resolutions") of the Partnership, duly adopted as of the date thereof by written consent of the General Partner, in accordance with the applicable provisions of the Limited Partnership Agreement of the Partnership and applicable laws governing limited liability limited partnerships of the State of Delaware.

(iii) Such Resolutions have not been amended, altered, annulled, rescinded, revoked or repealed in any respect and are in full force and effect as of the date hereof. There exists no other subsequent resolution of the Partnership relating to the matters set forth in the Resolutions attached hereto.

**[Remainder of Page Intentionally Left Blank – Signature Page to Follow]**

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 22nd day of December, 2010.

                                                  _____
Name: Dietmar Hofmarcher
Title: Manager of LT Partners, LLC, the General Partner of LTAP US, LLLP

## ACTION BY WRITTEN CONSENT OF THE GENERAL PARTNER OF LTAP US, LLLP IN LIEU OF MEETING

The undersigned, being the Manager of LT Partner, the general partner (the "General Partner") of LTAP US, LLLP, a Delaware limited partnership registered as a limited liability limited partnership (the "Partnership"), in lieu of holding a meeting, hereby takes the following actions and adopts the following resolutions by written consent pursuant to the applicable provisions of the Amended and Restated Agreement of Limited Partnership of LTAP US, LLLP (the "Partnership Agreement") and applicable laws governing limited liability partnerships of the State of Delaware:

WHEREAS, the General Partner deems it desirable and in the best interests of the Partnership, its creditors, partners and other interested parties that a voluntary petition (the "Petition") be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and the General Partner wishes to approve such action; and

WHEREAS, the General Partner deems it desirable and in the best interests of the Partnership, its creditors, partners and other interested parties that the Partnership utilize the cash collateral and, if necessary, enter into a debtor in possession financing agreement to maintain its business operations after the filing of its Petition, and the General Partner wishes to approve such action;

THEREFORE, BE IT RESOLVED that in the judgment of the General Partner it is desirable and in the best interests of the Partnership, its creditors, partners and other interested parties that the Petition be filed with the Bankruptcy Court, and the filing of the Petition is authorized hereby; and it is

RESOLVED FURTHER, that the [officers of the General Partner] and any other person designated and so authorized to act (each, an "Authorized Officer" and collectively, the "Authorized Officers") of the Partnership be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Partnership to execute, verify and file all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings and other papers in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Partnership's chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Partnership; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions as adopted herein; and it is

RESOLVED FURTHER, that the Authorized Officers are, and each of them hereby is, authorized and directed to employ the law firm of Landis Rath & Cobb LLP as counsel to assist the Partnership in filing for relief under chapter 11 of the Bankruptcy Code and in carrying out the Partnership's duties under chapter 11 of the Bankruptcy Code, and the officers of the Partnership are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to cause to be filed an application for authority to retain the services of Landis Rath & Cobb LLP as the Partnership's counsel; and it is

RESOLVED FURTHER, that any Authorized Officer and such other officers of the Partnership as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each herby is, authorized, empowered, and directed in the name and on behalf of the Partnership, to cause the Partnership to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate the successful procession of the chapter 11 case; and it is

RESOLVED FURTHER, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the chapter 11 case, any debtor in possession financing, or any further action to seek relief on behalf of the Partnership under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby, adopted, ratified and confirmed in all respects as the acts and deeds of the Partnership; and it is

RESOLVED FURTHER, that the acts, actions and transactions heretofore taken by the officers of the Partnership or the directors of the Partnership in the name of and on behalf of the Partnership in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be and hereby are, ratified, confirmed, and approved n all respects.

**[Remainder of Page Intentionally Left Blank.]**

This document may be executed in counterparts, each of which shall be an original, but all of which, taken together, shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned General Partner has executed this Action By Written Consent effective as of December 22, 2010.

MANAGER

LT PARTNER, LLC

By: _____
Name: Dietmar Hofmarcher
Title: Manager of LT Partners, LLC, the General Partner of LTAP US, LLLP

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LTAP US, LLLP,[1] | Case No. 10-_____ (\_\_) |
| Debtor. | |

## LIST OF CREDITORS HOLDING THE SEVEN LARGEST UNSECURED CLAIMS

The debtor in the chapter 11 case filed a voluntary petition in this Court on December 22, 2010 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtor's seven largest unsecured creditors (the "Top 7 List"), based on the Debtor's books and records as of the Petition Date. The Top 7 List was prepared in accordance with Rule 1007(d) of the Federal Rule of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 7 List doest not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors among the holders of the seven largest unsecured claims. The information presented in the Top 7 List shall not constitute an admission by, nor is it binding on, the Debtor. The failure of the Debtor to list a claim as contingent, unliquidated or disputed does not constitute a wavier of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

---

[1] The Debtor's Tax I.D. No. is xx-xxx4021. The address for LTAP US, LLLP is Five Concourse Parkway, Suite 3100, Atlanta, Georgia 30328.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   LTAP US, LLLP
                                       Debtor(s)

Case No.  _____

Chapter   11

## LIST OF CREDITORS HOLDING 7 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 7 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 7 largest unsecured claims. If a minor child is one of the creditors holding the 7 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Locke Lord Bissel & Liddell LLP<br>The Proscenium, Ste 190<br>1170 Peachtree Stree NE<br>Atlanta, GA 30309 | Locke Lord Bissel & Liddell LLP<br>The Proscenium, Ste 190<br>1170 Peachtree Stree NE<br>Atlanta, GA 30309 | | | 376,057.25 |
| Clifford Chance, LLP<br>31 West 52nd Street<br>New York, NY 10019-6131 | Clifford Chance, LLP<br>31 West 52nd Street<br>New York, NY 10019-6131 | | | 47,181.25 |
| Life Trust Vierzehn GmbH & Co. KG<br>Gormannstrasse 22<br>10119 Berlin, Germany | Life Trust Vierzehn GmbH & Co. KG<br>Gormannstrasse 22<br>10119 Berlin, Germany | | | 12,000.00 |
| AVS Underwriting, LLC<br>175 TownPark Drive NW<br>Ste 400<br>Kennesaw, GA 30144 | AVS Underwriting, LLC<br>175 TownPark Drive NW<br>Ste 400<br>Kennesaw, GA 30144 | | | 1,500.00 |
| Ober Kaler<br>120 East Baltimore Street<br>Baltimore, MD 21202-1643 | Ober Kaler<br>120 East Baltimore Street<br>Baltimore, MD 21202-1643 | | | 1,436.50 |
| 21 Services, LLC<br>200 South 6th Street , Ste 350<br>Minneapolis, MN 55402 | 21 Services, LLC<br>200 South 6th Street , Ste 350<br>Minneapolis, MN 55402 | | | 1,406.71 |
| ISC<br>17755 US Highway 19 North<br>Ste 100<br>Clearwater, FL 33764 | ISC<br>17755 US Highway 19 North<br>Ste 100<br>Clearwater, FL 33764 | | | 150.00 |

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LTAP US, LLLP,[1] | Case No. 10-_____ (___) |
| Debtor. | |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS HOLDING THE SEVEN LARGEST UNSECURED CLAIMS

I, Dietmar Hofmarcher, Manager of LT Partner, LLC, the General Partner of LTAP US, LLLP (the "Debtor"), a Delaware limited partnership registered as a limited liability limited partnership and the entity named as debtor in this case, declare under penalty of perjury that I have reviewed the List of Creditors Holding the Seven Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: December 22, 2010

_____
Name: Dietmar Hofmarcher
Title: Manager of LT Partner, LLC, the General Partner of LTAP US, LLLP

---

[1] The Debtor's Tax I.D. No. is xx-xxx4021. The address for LTAP US, LLLP is Five Concourse Parkway, Suite 3100, Atlanta, Georgia 30328.

{200.000-W0011958.}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| LTAP US, LLLP,[1] | Case No.10-_____ (___) |
| Debtor. | |

## LIST OF EQUITY INTEREST HOLDERS

| **Debtor** | **Name and Address of Owner(s)** | **Description of Equity Interest Owned** |
|---|---|---|
| LTAP US, LLLP | Life Trust Two GmbH & Co. KG<br>Gormannstrasse 22<br>10119 Berlin<br>Germany | Limited Partner (5.23% of the partnership interest) |
| | Life Trust Sechs GmbH & Co. KG<br>Gormannstrasse 22<br>10119 Berlin<br>Germany | Limited Partner (33.68% of the partnership interest) |
| | Life Trust Sieben GmbH & Co KG<br>Gormannstrassee 22<br>10119 Berlin<br>Germany | Limited Partner (3.65% of the partnership interest |
| | Life Trust Premium Acht GmbH & Co. KG<br>Gormannstrasse 22<br>10119 Berlin | Limited Partner (2.32% of the partnership interest |
| | Life Trust Premium Zehn GmbH & Co. KG<br>Gormannstrasse 22<br>10119 Berlin<br>Germany | Limited Partner (5.33% of the partnership interest |

---

[1] The Debtor's Tax I.D. No. is xx-xxx4021. The address for LTAP US, LLLP is Five Concourse Parkway, Suite 3100, Atlanta, Georgia 30328.

{860.001-W0011955.}

| Debtor | Name and Address of Owner(s) | Description of Equity Interest Owned |
|---|---|---|
| LTAP US, LLLP | Life Trust Elf GmbH & Co. KG<br>Gormannstrasse 22<br>10119 Berlin<br>Germany | Limited Partner (40.56% of the partnership interest |
| | Life Trust Premium Zwolf GmbH & Co KG<br>Gormannstrasse 22<br>10119 Berlin<br>Germany | Limited Partner (0.79% of the partnership interest |
| | Life Trust Vierzehn GmbH & Co KG<br>Gormannstrasse 22<br>10119 Berlin<br>Germany | Limited Partner (8.43% of the partnership interest |
| | LT Partner, LLC<br>5 Concourse Parkway,<br>Suite 3100<br>Atlanta, GA 30328 | General Partner (0.01%) of the partnership interest |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LTAP US, LLLP,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 10-_____ (___) |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF EQUITY INTEREST HOLDERS

I, Dietmar Hofmarcher, Manager of LT Partner, LLC, the General Partner of LTAP US, LLLP (the "Debtor"), a Delaware limited partnership registered as a limited liability limited partnership and the entity named as debtor in this case, declare under penalty of perjury that I have reviewed the List of Equity Interest Holders submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: December 22, 2010

Name: Dietmar Hofmarcher
Title: Manager of LT Partner, LLC, the General Partner of LTAP US, LLLP

---

[1] The Debtor's Tax I.D. No. is xx-xxx4021. The address for LTAP US, LLLP is Five Concourse Parkway, Suite 3100, Atlanta, Georgia 30328.

{200.000-W0011960.}

21 SERVICES, LLC
200 SOUTH 6TH STREET , STE 350
MINNEAPOLIS, MN 55402

ALPHABRIDGE CAPITAL GMBH
GORMANNSTRASSE 22
10119 BERLIN, GERMANY

AVS UNDERWRITING, LLC
175 TOWNPARK DRIVE NW
STE 400
KENNESAW, GA 30144

BAC ASSET MANAGEMENT GMBH
GORMANNSTRASSE 22
10119 BERLIN, GERMANY

BAC BERLIN ATLANTIC CAPITAL GMBH
GORMANNSTRASSE 22
10119 BERLIN, GERMANY

BAC LIFE SETTLEMENTS, LLC
FIVE CONCOURSE PARKWAY, SUITE 3100
ATLANTA, GA 30328

BERLIN ATLANTIC CAPITAL US, LLC
FIVE CONCOURSE PARKWAY
SUITE 3100
ATLANTA, GA 30328

CLIFFORD CHANCE, LLP
31 WEST 52ND STREET
NEW YORK, NY 10019-6131

ISC
17755 US HIGHWAY 19 NORTH
STE 100
CLEARWATER, FL 33764

LIFE TRUST VIERZEHN GMBH & CO. KG
GORMANNSTRASSE 22
10119 BERLIN, GERMANY

LOCKE LORD BISSEL & LIDDELL LLP
THE PROSCENIUM, STE 190
1170 PEACHTREE STREE NE
ATLANTA, GA 30309

LT PARTNER, LLC
FIVE CONCOURSE PARKWAY
SUITE 3100
ATLANTA, GA 30328

OBER KALER
120 EAST BALTIMORE STREET
BALTIMORE, MD 21202-1643

STRUCTURED LIFE GROUP, LLC
FIVE CONCOURSE PARKWAY
SUITE 3100
ATLANTA, GA 30328

WELLS FARGO BANK, N.A.
PO BOX 1450
MINNEAPOLIS, MN 55485

WELLS FARGO SECURITIES, LLC
301 SOUTH COLLEGE STREET
6TH FLOOR
CHARLOTTE, NC 28288-0613

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LTAP US, LLLP,[1] | Case No. 10-_____ (___) |
| Debtor. | |

## DECLARATION CONCERNING THE DEBTOR'S CREDITOR LIST

I, Dietmar Hofmarcher, Manager of LT Partner, LLC, general partner of LTAP US, LLLP (the "Debtor"), a Delaware limited partnership registered as a limited liability limited partnership and the entity named as debtor in this case, declare under penalty of perjury that I have reviewed the Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: December 22, 2010

_____
Name: Dietmar Hofmarcher
Title: Manager of LT Partner, LLC,
general of LTAP US, LLLP

---

[1] The Debtor's Tax I.D. No. is xx-xxx4021. The address for LTAP US, LLLP is Five Concourse Parkway, Suite 3100, Atlanta, Georgia 30328.

{200.000-W0011961.}