# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LTAP US, LLLP[1] | Case No. 10-14125 (KG) |
| Debtor. | Hearing Date: December 22, 2010 at 10:00 a.m. (EST) |

## NOTICE OF AGENDA OF FIRST DAY PLEADINGS

### PETITION AND RELATED PLEADING

1. Voluntary Petition of LTAP US, LLLP [Docket No. 1, filed December 22, 2010]

2. Declaration of Dietmar Hofmarcher in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 3, filed December 22, 2010]

### MATTERS TO BE NOTICED FOR HEARING

3. Debtor's Motion Authorizing Use of Cash Collateral [Docket 5, filed December 22, 2010]

4. Application of the Debtor to Approve the Employment and Retention of Landis Rath & Cobb LLP as its Counsel, Nunc Pro Tunc to the Petition Date 327(a) [Docket No. 6, filed December 22, 2010]

5. Motion of the Debtor and Debtor In Possession to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals Pursuant to Bankruptcy Code Sections 105(a) and 331 [Docket No. 7, filed December 22, 2010]

### MATTER GOING FORWARD

6. Motion of the Debtor and Debtor in Possession for an Order (A) Authorizing Debtor to Maintain Existing Cash Management System, Bank Accounts and Business Forms; (B) Granting an Interim Waiver of the Certain Aspects of Requirements Contained in Bankruptcy Code Section 345(b); and (C) Providing for Other Related Relief [Docket No. 4, filed December 22, 2010]

---

[1] The Debtor's Tax I.D. No. is xx-xxx4021. The address for LTAP US, LLLP is Five Concourse Parkway, Suite 3100, Atlanta, Georgia 30328.

Dated: December 22, 2010
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
　　　　mumford@lrclaw.com
　　　　brown@lrclaw.com

*Proposed Counsel to Debtor and
Debtor in Possession*