## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LTAP US, LLLP[1] | Case No. 10-14125 (KG) |
| Debtor. | Hearing Date: December 23, 2010 at 10:00 a.m. (EST) |

## NOTICE OF HEARING TO CONSIDER
## FIRST DAY MOTIONS AND APPLICATIONS

TO:    Office of the United States Trustee for the District of Delaware; Counsel for the Agent, all parties on the debtor's top 7 creditor list and all parties requesting notice under Bankruptcy Rule 2002

**PLEASE TAKE NOTICE** that on December 22, 2010, the above-captioned debtor and debtor in possession (the "Debtor") in the above-captioned case, filed with this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*

## DOCUMENTS RELATED TO FILING

1.    LTAP US, LLP Voluntary Petition [Docket No. 1, filed December 22, 2010]

2.    Declaration of Dietmar Hofmarcher in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 3, filed December 3, 2010]

## FIRST DAY MOTION

3.    Motion of the Debtor and Debtor in Possession for an Order (A) Authorizing Debtor to Maintain Existing Cash Management System, Bank Accounts and Business Forms; (B) Granting an Interim Waiver of the Certain Aspects of Requirements Contained in Bankruptcy Code Section 345(b); and (C) Providing for Other Related Relief [Docket No. 4, filed December 22, 2010]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **December 23, 2010 at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 before The Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware.

---

[1] The Debtor's Tax I.D. No. is xx-xxx4021. The address for LTAP US, LLLP is Five Concourse Parkway, Suite 3100, Atlanta, Georgia 30328.

**PLEASE TAKE FURTHER NOTICE** that if you would like to receive copies of any of the First Day Motions referenced above prior to the First Day Hearing, copies may be obtained from the website of the United States Bankruptcy Court for the District of Delaware, www.deb.uscourts.gov. If you would like to receive copies of these motions by email you may contact Debtor's proposed counsel (Attn: Kerri K. Mumford at mumford@lrclaw.com and Kimberly A. Brown at brown@lrclaw.com)

Dated: December 22, 2010
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
    mumford@lrclaw.com
    brown@lrclaw.com

*Proposed Counsel to Debtor and
Debtor in Possession*