IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LTAP US, LLLP, | ) | Case No. 10-14125(PJW) |
| | ) | |
| Debtor. | ) | |

## ORDER REASSIGNING CASE

The captioned case was randomly assigned to Judge Peter J. Walsh who recused himself because of a disqualifying conflict with an interested party. Judge Kevin Gross presided as duty judge over a hearing on December 23, 2010, and is willing to accept the assignment of the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall reassign the case to the docket of Judge Kevin Gross.

Dated: _____, 2011

_____
Kevin J. Carey, Chief Judge
United States Bankruptcy Court