## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LTAP US, LLLP[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 10-14125 (KG) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 6, 2011 AT 3:00 P.M. (EST)

## CONTINUED MATTERS

1.  Motion of the Debtor and Debtor in Possession for an Order (A) Authorizing Debtor to Maintain Existing Cash Management System, Bank Accounts and Business Forms; (B) Granting an Interim Waiver of the Certain Aspects of Requirements Contained in Bankruptcy Code Section 345(b); and (C) Providing for Other Related Relief [Docket No. 4, filed December 22, 2010]

    Response Deadline: January 24, 2011 at 4:00 p.m. (EST)

    Responses Received: None to date.

    Related Documents:

    (a)  Notice of Hearing Regarding First Day Motions [Docket No. 9, filed December 22, 2010]

    (b)  Interim Order Granting Motion of Debtor and Debtor in Possession for an Order (A) Authorizing Debtor to Maintain Existing Cash Management System, Bank Accounts, and Business Forms; (B) Granting and Interim Waiver of the Certain Aspects of Requirements Contained in Bankruptcy Code Section 345(b); and (C) Providing for other Related Relief [Docket No. 11, entered December 23, 2010]

    Status: This matter will be continued to January 31, 2011 at 10:00 a.m. (EST)

2.  Motion for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 5, filed December 22, 2010]

    Response Deadline: January 3, 2011 at 4:00 p.m. (EST). Extended to January 26, 2011 at 4:00 p.m. (EST).

---

[1] The Debtor's Tax I.D. No. is xx-xxx4021. The address for LTAP US, LLLP is Five Concourse Parkway, Suite 3100, Atlanta, Georgia 30328.

[2] **Modifications made to the agenda appear in bold lettering.**

{860.001-W0012268.}

Responses Received: None to date.

Related Documents:

(a)     Notice of Hearing Regarding Motion for an Order Authorizing the Debtor's Use of Cash Collateral [Docket No. 12, filed December 23, 2010]

(b)     **Certification of Counsel Regarding Agreed Order Continuing Debtor's Motion for an Order Authorizing the Use of Cash Collateral and Motion of Wells Fargo Securities, LLC and Wells Fargo Bank, N.A. for Relief from the Automatic Stay [Docket No. 59, filed January 5, 2011]**

Status: **The parties have agreed to adjourn this matter to January 31, 2011 at 10:00 a.m. and have submitted an agreed form of order under certification of counsel.**

3.     Motion of Wells Fargo Securities, LLC and Wells Fargo Bank, N.A. For Relief From The Automatic Stay [Docket No. 36, filed December 28, 2010]

Response Deadline: January 5, 2011 at 5:00 p.m. (EST). Extended to January 26, 2011 at 4:00 p.m. (EST).

Responses Received: None to date.

Related Documents:

(a)     Motion to Shorten Notice and Approve Form, Manner and Sufficiency of Notice With Respect to the Motion of Wells Fargo Securities LLC and Wells Fargo Bank, N.A. For Relief From The Automatic Stay [Docket No. 38, filed December 28, 2010]

(b)     Affidavit of Justin M. Dardani In Support of Motion For Relief From The Automatic Stay [Docket No. 42, filed December 29, 2010]

(c)     Affidavit of Ben Bonner In Support of Motion For Relief From The Automatic Stay [Docket No. 43, filed December 29, 2010]

(d)     Order Granting Motion to Shorten Notice and Approve Form, Manner and Sufficiency of Notice With Respect to the Motion of Wells Fargo Securities LLC and Wells Fargo Bank, N.A. For Relief From The Automatic Stay [Docket No. 46, entered December 29, 2010]

(e)     **Certification of Counsel Regarding Agreed Order Continuing Debtor's Motion for an Order Authorizing the Use of Cash Collateral and Motion of Wells Fargo Securities, LLC and Wells Fargo Bank, N.A. for Relief from the Automatic Stay [Docket No. 59, filed January 5, 2011]**

**Status:** **The parties have agreed to adjourn this matter to January 31, 2011 at 10:00 a.m. and have submitted an agreed form of order under certification of counsel.**

## MATTER GOING FORWARD

4.      Motion for Entry of an Order Enforcing Bankruptcy Code Section 108(b) [Docket No. 18, filed December 28, 2010]

Response Deadline: Prior to or at the hearing.

Responses Received: None to date.

Related Documents:

(a)     Motion to Shorten Time for Notice of the Hearing to Consider the Motion for Entry of an Order Enforcing Bankruptcy Code Section 108(b) [Docket No. 19, filed December 28, 2010]

(b)     Order Granting Motion for an Order Shortening Time for Notice of the Hearing to Consider the Motion for Entry of an Order Enforcing Bankruptcy Code Section 108(b) [Docket No. 31, entered December 28, 2010]

(c)     Supplement to the Motion for Entry of an Order Enforcing Bankruptcy Code Section 108(b) [Docket No. 50, filed December 30, 2010]

Status: This matter will go forward.

Dated: January 5, 2010
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
        mumford@lrclaw.com
        brown@lrclaw.com

*Proposed Counsel to Debtor and Debtor in Possession*