# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | LTAP US, LLLP | | |
| **Case Number:** | 10-14125-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 11, 2011 09:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

Trial cont'd from 2/10 - contested cash collateral

**R / M #:**   0 /  0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 -   Judge will issue ruling on Monday

#2 -   Judge will issue ruling  on Monday

#3 -   Judge will issue ruling  on Monday