IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LTAP US, LLLP,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 10-14125 (KG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 1, 2011 AT 10:00 A.M. (EST) (PREVAILING EASTERN TIME)**

[SINCE NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELED]

Dated: February 25, 2011
Wilmington, Delaware

LANDIS RATH & COBB LLP

/s/ Kimberly A. Brown
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mumford@lrclaw.com
brown@lrclaw.com

*Counsel to Debtor and Debtor in Possession*

---

[1] The Debtor's Tax I.D. No. is xx-xxx4021. The address for LTAP US, LLLP is Five Concourse Parkway, Suite 3100, Atlanta, Georgia 30328.

{860.002-W0013239.}