# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LTAP US, LLLP[1] | Case No. 10-14125 (KG) |
| Debtor. | Ref. Nos. 160 and 180 |

## ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE

This matter coming before the Court upon the filing of a Certification of Counsel by Counsel for the Debtor as to Closing of Settlement and Request for Entry of an Order Dismissing Case (the "Certification of Dismissal"),[2] representing that the Settlement has closed pursuant to the terms thereof; the Court having considered the Certification of Dismissal and having entered the Settlement Approval Order approving the Settlement, which provides for the *ex parte* dismissal of the Debtor's case with prejudice upon the filing of the Certification of Dismissal; and the Court having found and determined that the relief sought in the Certification of Dismissal is in the best interests of the Debtor, its estate, its creditors, and all other parties in interest and that good and sufficient cause appearing therefore, it is

HEREBY ORDERED THAT:

1.    This Chapter 11 proceeding is dismissed with prejudice as set forth herein.

2.    The Debtor and the BAC Parties (as defined in the Settlement and Sale Agreement attached as Exhibit A to the Settlement Approval Order) are prohibited and enjoined from commencing any subsequent bankruptcy proceeding involving the Debtor under any chapter of the Bankruptcy Code without the prior, express written consent of the Lender (as defined in the Settlement and Sale Agreement) for a period of twelve (12) months following the

---

[1] The Debtor's Tax I.D. No. is xx-xxx4021. The address for LTAP US, LLLP is Five Concourse Parkway, Suite 3100, Atlanta, Georgia 30328.

[2] Terms utilized but not defined herein shall have the meanings ascribed to them in the Certification of Dismissal.

date of the entry of this Order.

3.     Notwithstanding entry of this Order, all prior Orders of the Court entered in this Chapter 11 Case, including, without limitation, the Settlement Approval Order, shall remain valid and continue to be fully enforceable in accordance with their terms.

4.     This Order shall be effective immediately upon its entry and is a final and appealable order.

Dated: May 20, 2011
Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge